STATE OF NEW JERSEY v. CECILIA BASKERVILLE.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER BROWN, JR.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS HINES.

April 15, 1981.

Petition for certification denied.

JOAN GODDARD AND VERNON GODDARD v. ORTHOPEDIC CONSULTANT ASSOCIATES.

April 15, 1981.

Petition for certification granted.